UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emmaunel Josuee COLON TOVAR,<br><br>                              Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.<br><br>                              Respondents. | Case No.:  26-cv-3390-AGS-DDL<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents do "not oppose the petition." (ECF 6, at 3.) The Court thus **GRANTS** the petition and orders that petitioner receive an individualized bond hearing by July 7, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  June 23, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1